UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
CABANILLA,

                               Plaintiff,

    -against-

HYMOWITZ ET AL,

                               Defendants.
-------------------------------------------------------------- x

**ORDER REGULATING PROCEEDINGS**

24 Civ. 9509 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

       Plaintiff Luis Cabanilla is granted leave to amend his complaint, to more specifically allege the amount in controversy, until June 20, 2025. The parties shall next appear on June 27, 2025 at 10:00 a.m. for a status conference, which will be held via the following call-in number:

       **Call-in number: 646-453-4442**

       **Access code: 575 820 949#**

       To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in **10 minutes** prior to the start of the conference.

       Finally, no later than June 24, 2025, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

       SO ORDERED.

Dated:   May 30, 2025
             New York, New York

/s/ Alvin K. Hellerstein
_____
ALVIN K. HELLERSTEIN
United States District Judge