UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LUIS E. CABANILLA                              :

            Plaintiff,                       :                ORDER

    -v.-                                       :
                               24 Civ. 9509 (GWG)
GREGG S. HYMOWITZ et al.,                       :

           Defendants.                       :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The parties are directed to file a letter as to the status of this matter on or before January 26, 2026.

      SO ORDERED.

Dated: January 12, 2026
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge