UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LUIS E. CABANILLA                                      :

                                                       :          ORDER OF DISCONTINUANCE
                    Plaintiff,                                        24 Civ. 9509 (GWG)
                                                       :

       -v.-                                            :

                                                       :

GREGG S. HYMOWITZ et al.,                              :

                                                       :

                    Defendants.                        :
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

        This case contains claims under the Fair Labor Standards Act.   On January 8, 2026, an
order was issued on the parties' consent agreeing to disposition of this matter by the undersigned
pursuant to 28 U.S.C. § 636(c).   In a filing dated February 18, 2026 (Docket # 32), the parties
have submitted their proposed settlement agreement.   Having reviewed the proposed settlement
pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015), the Court finds
that it is fair and reasonable.   The settlement is approved.


        SO ORDERED.

Dated: February 20, 2026
        New York, New York


_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge